# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

NELSON DIAZ,

     Plaintiff(s),

v.

HOBBY LOBBY STORES, INC.,

     Defendant(s).

Case No.: 2:20-cv-01540-RFB-NJK

**Order**

To date, the parties have not filed a stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file, no later than October 16, 2020, either (1) a joint proposed discovery plan; or (2) a status report explaining why a proposed discovery plan should not be filed at this time.

IT IS SO ORDERED.

Dated: October 9, 2020

                                                        Nancy J. Koppe
United States Magistrate Judge