**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP

MICHAEL P. LOWRY, ESQ.
Nevada Bar No. 10666
E-mail: Michael.Lowry@wilsonelser.com
6689 Las Vegas Blvd. South, Suite 200
Las Vegas, Nevada 89119
Tel: 702.727.1400/Fax: 702.727.1401
Attorneys for Hobby Lobby Stores, Inc.

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Nelson Diaz, individually,<br><br>          Plaintiff,<br><br> vs.<br><br>Hobby Lobby Stores, Inc., doing business as Hobby Lobby; Does 1 through 100; and Roe Corporation 101 through 200, inclusive,<br><br>          Defendants. | Case No.: 2:20-cv-1540<br><br>**Stipulation and Order to Dismiss with Prejudice** |

The parties stipulate to dismiss 2:20-cv-1540 with prejudice, each to bear their own fees and costs.  No trial date was set.

| | |
|---|---|
| **WILSON ELSER**<br><br>*/s/Michael Lowry*<br>Michael P. Lowry, Esq.<br>Nevada Bar No. 10666<br>6689 Las Vegas Blvd. South, Suite 200<br>Las Vegas, Nevada  89119<br>Attorneys for Hobby Lobby Stores, Inc. | BERNSTEIN & POISSON<br><br>*/s/ Amber N. King*<br>Amber N. King, Esq.<br>Nevada Bar No.14070<br>700 S. Jones Blvd.<br>Las Vegas, NV 89107<br>Attorneys for Nelson Diaz |

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of October, 2020.